

# COURT OF APPEALS

SANDEE BRYAN MARION
  CHIEF JUSTICE
KAREN ANGELINI
MARIALYN BARNARD
REBECA C. MARTINEZ
PATRICIA O. ALVAREZ
LUZ ELENA D. CHAPA
IRENE RIOS
  JUSTICES

FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.TXCOURTS.GOV/4THCOA.ASPX

KEITH E. HOTTLE,
CLERK OF THE
COURT

TELEPHONE
(210) 335-2635

FACSIMILE NO.
(210) 335-2762

December 17, 2018

Brian Keith Carroll
Sanderford & Carroll, P.C.
2110 Birdcreek Dr
Temple, TX 76502-1020
* DELIVERED VIA E-MAIL *

Allen Wilson
Sanderford & Carroll, P.C.
2110 Birdcreek Dr
Temple, TX 76502-1020
* DELIVERED VIA E-MAIL *

Michael W. O'Donnell
Fulbright & Jaworski L.L.P.
300 Convent Street, Suite 2200
San Antonio, TX 78205
* DELIVERED VIA E-MAIL *

Ricardo G. Cedillo
Davis Cedillo & Mendoza Inc
755 E Mulberry Ave Ste 500
San Antonio, TX 78212-3135
* DELIVERED VIA E-MAIL *

RE:    Court of Appeals Number:    04-18-00859-CV
        Trial Court Case Number:    2018CI18239
        Style: Renda Southland JV and Charles McClure
            v.
        San Antonio Water System

Enclosed please find the order which the Honorable Court of Appeals has issued in reference to the above styled and numbered cause.

If you should have any questions, please do not hesitate to contact me.

Very truly yours,
KEITH E. HOTTLE,
Clerk of Court

Rosa Gonzalez
Deputy Clerk, Ext. 53855

cc: Donna  Kay McKinney (DELIVERED VIA E-MAIL)
Brian Lewis (DELIVERED VIA E-MAIL)
David M. Prichard (DELIVERED VIA E-MAIL)
Dinah L. Gaines (DELIVERED VIA E-MAIL)
Joshua Morrow (DELIVERED VIA E-MAIL)